# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| WAYNE HARTUNG, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | )   CIVIL ACTION NO. 21-0099-CG-C |
| | ) |
| PHH MORTGAGE CORPORATION, SUCCESSOR BY MERGER TO OCWEN LOAN SERVICES, LLC, and FEDERAL NATIONAL MORTGAGE ASSOCIATION, | ) ) ) ) ) ) |
| | ) |
| Defendants. | ) |

## ORDER

After due and proper consideration of the issues raised, and there having been no objections filed, the Report and Recommendation of the Magistrate Judge (Doc. 23) made under 28 U.S.C. § 636(b)(1)(B) and Local Rule 72.2(c)(4), and dated July 9, 2021, is **ADOPTED** as the opinion of this Court.   Accordingly, it is **ORDERED** that the Plaintiff's Motion to Remand (Doc. 9) be and is hereby **DENIED**.

**DONE** and **ORDERED** this the 26th day of July, 2021.

/s/Callie V. S. Granade
SENIOR UNITED STATES DISTRICT JUDGE